Opinion by McClellan, J.

---

## Stincent v. The State.

APPEAL from Montgomery City Court.

Tried before the Hon. John G. Winter.

Hill & Thorington, for appellant.

W. C. Fitts, Attorney-General, for the State.

The appellant was indicted, tried and convicted for gaming. Judgment affirmed.

Per Curiam.